UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STEPHEN SULLIVAN,

                   Plaintiff,

      -against-

COUNTY OF SUFFOLK, et al.,

                  Defendants.

-------------------------------------------------------x

MEMORANDUM AND ORDER
CV 04-3651

(Wexler, J.)

APPEARANCES:

> OLIVER HULL, ESQ.
> Attorney for Plaintiff
> 320 West Main Street, 2d Floor
> Sayville, New York 11782
>
> CHRISTINE MALAFI, SUFFOLK COUNTY ATTORNEY
> BY: CHRISTOPHER M. GATTO and L. ADRIANA LOPEZ, ASSISTANT
>      COUNTY ATTORNEYS
> Attorneys for Defendants
> 100 Veterans Memorial Highway
> P.O. Box 6100
> Hauppauge, New York 11788

WEXLER, District Judge

     By Report and Recommendation dated June 1, 2006, Magistrate Judge E. Thomas

Boyle recommended that plaintiff's motion to amend his complaint should be granted in

part and denied in part (the "R&R"). Both plaintiff and defendants filed objections to the

R&R.

     Upon consideration of the record, including the R&R and the parties' objections

thereto, the Court adopts the R&R except to the extent that the R&R recommends

granting the motion to amend to add defendants Christine Malafi and Richard Dormer as defendants in their individual capacities. Accordingly, plaintiff's motion to amend his complaint is granted only to the extent of allowing him to increase the requested monetary damages from $100,000 to $250,000; to withdraw his request for declaratory and injunctive relief; and to dismiss this action as against the Suffolk County Police Department. The motion to amend is denied in all other respects. The Clerk of Court is directed to terminate the motion.

The parties are directed to contact Courtroom Deputy Josiah Kharjie, at (631) 712-5645, to schedule an immediate conference in this action.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
      September 29, 2006