UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
SULLIGAN,

                  Plaintiff,

      v.

COUNTY OF SUFFOLK, et al

               Defendant(s).
-------------------------------------------------x

JUDGMENT IN A CIVIL CASE

CV  04-3651 (LDW)

**XX**   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff recover of the defendants the sum of $1.00 for damages.

Dated: Central Islip, New York
       May 16, 2007

ROBERT C. HEINEMANN
Clerk of Court

By: _____
Josiah Kharjie
Courtroom Deputy

SO APPROVED:

Dated: Central Islip, New York
       May 16, 2007

LEONARD . WEXLER
UNITED STATES DISTRICT JUDGE